IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALAN FEHR | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| C.O. PORTER MACHINERY COMPANY, ET AL. | : | NO. 02-CV-3145 |

ORDER

**AND NOW**, this         day of November, 2002, it is **ORDERED** that the management track of this case shall be changed from "ARBITRATION" to "STANDARD." The Clerk shall modify the docket accordingly.

BY THE COURT:

_____
Berle M. Schiller, J.