IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALAN FEHR                                :        CIVIL ACTION
                                         :
        vs.                              :
                                         :        NO. 02-CV-3145
TANNEWITZ, INC.

O R D E R

       **AND NOW, TO WIT:** This 20th day of October, 2003, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

       **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

       **MICHAEL E. KUNZ**, Clerk of Court


**BY:**_____
       Patricia A. Callahan
       Deputy Clerk to
       Hon. Berle M. Schiller

Civ 2 (7/95)
41(b).frm